Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949)464-8529
BabakHashemiLaw@gmail.com

Attorney for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>MEHUL HOSPITALITY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE No: 3:20-cv-00348-H-JLB<br><br>NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JAMES RUTHERFORD ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Plaintiff has reached a full and final confidential settlement with Defendant and have agreed that each party shall bear his, their or its own costs and attorneys' expenses. Defendant

Case No. 3:20-cv-00348

1
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

has not filed an answer to Plaintiff's Complaint and no answer or cross-claims have been advanced by Defendant, either individually or collectively.

Respectfully Submitted.

Dated: April 25, 2020        **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: ___/s/ *Babak Hashemi*___
    Babak Hashemi, Esq.
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's representative in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

DATED: April 25, 2020     **LAW OFFICES OF BABAK HASHEMI**

By: /s/*Babak Hashemi*
    Babak Hashemi, Esq.
    Attorney for Plaintiff